# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BOROUGH OF BELLEVUE | : | No. 152 WAL 2020 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| LOIS J. MORTIMER, WITH NOTICE TO | : | |
| HEIRS AND ASSIGNS, AND THOMAS J. | : | |
| MORTIMER | : | |
| | : | |
| | : | |
| PETITION OF: THOMAS J. MORTIMER | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.